IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD BROWN for Kendall Brandon Lank Brown,<br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Civil Action No. 16-747 |

O R D E R

AND NOW, this 23rd day of January, 2017, after the plaintiff, Richard Brown for Kendall Brandon Lank Brown, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing plaintiff's claim for child's Supplemental Security Income Benefits, and after cross-motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the magistrate judge's Report and Recommendation (ECF No. 16), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (ECF No. 10) is denied, defendant's motion for summary judgment (ECF No. 14) is granted and the decision of the Social Security Commissioner is affirmed.

    /s/ Joy Flowers Conti
    Joy Flowers Conti
    Chief United States District Judge